UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICE R. COLE,<br><br>    Petitioner,<br><br>    v.<br><br>EMC MORTGAGE CORP. LLC,<br>et al.,<br><br>    Respondents. | Case No. MC 11-349 UA (AJWx)<br><br>[~~Proposed~~]<br>J U D G M E N T |

**IT IS ADJUDGED** that this miscellaneous action is dismissed without prejudice to the filing of a new civil action.

Date: September 28, 2011

_____
AUDREY B. COLLINS
United States District Judge